Mary E. Bacon, Esq.
(NV Bar No. 12686)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com

*Attorneys for USAA Casualty Insurance Company and General Indemnity Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **MARSHA SWANSON**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY**; DOES I through X; and ROE CORPORATIONS I through X; inclusive,<br><br>Defendant. | Case No. 2:22−cv−00311−RFB−EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL (FIRST REQUEST)** |

USAA Casualty Insurance Company ("USAA CIC") and USAA General Indemnity Company ("USAA GIC" and together with USAA CIC collectively referred to as "Defendants"), by and through their counsel of record, Spencer Fane LLP, and Marsha Swanson ("Plaintiff"), by and through her counsel of record, Friedman Injury Law, PLLC, hereby stipulate and agree to extend the time Defendants have to respond to Plaintiff's Motion to Compel (Doc. No. 36) from Monday, August 29, 2022 to Thursday, September 1, 2022.

This is Defendants' first request for an extension, which Plaintiff has stipulated to. Good cause exists to grant this extension. Defendants' counsel had six family members who were ill with COVID during Defendants' time to respond, and she was taking care of sick family members. She also ultimately got sick, but did not test positive for COVID. No parties will be prejudiced by this brief extension.

Dated this 29th day of August, 2022.

| FRIEDMAN INJURY LAW | SPENCER FANE LLP |
|---|---|
| /s/ Blake S. Friedman<br>Blake S. Friedman, Esq.<br>(NV Bar No. 13485)<br>8872 S. Eastern Ave., Ste 240<br>Las Vegas, NV 89123<br>*Attorney for Plaintiff* | /s/ Mary Bacon<br>Mary E. Bacon, Esq.<br>(NV Bar No. 12686)<br>300 S. Fourth Street, Suite 950<br>Las Vegas, NV 89101<br>*Attorneys for USAA Casualty Insurance Company and USAA General Indemnity Company* |

## ORDER

IT IS SO ORDERED.

_____
U.S. Magistrate Judge

Dated: August 30, 2022

ii