Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
          jchong@spencerfane.com

*Attorneys for USAA Casualty Insurance Company and USAA General Indemnity Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARSHA SWANSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY; DOES I through X; and ROE CORPORATIONS I through X; inclusive,<br>Defendant. | Case No. 2:22−cv−00311−RFB−EJY<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

    USAA Casualty Insurance Company ("USAA CIC") and USAA General Indemnity Company ("USAA GIC" and together with USAA CIC collectively referred to as "Defendants"), by and through their counsel of record, Spencer Fane LLP, and Marsha Swanson ("Plaintiff"), by and through her counsel of record, Freidman Injury Law, PLLC,

/ / /

/ / /

hereby stipulate and agree to hereby stipulate and agree to dismiss Plaintiff's Complaint, with prejudice. Each party will bear its own fees and costs.

Dated this 4th day of August, 2023.

| | |
|---|---|
| **FRIEDMAN INJURY LAW** | **SPENCER FANE LLP** |
| /s/ Blake S. Friedman | /s/ Mary E. Bacon |
| Blake S. Friedman, Esq. | Mary E. Bacon, Esq. |
| (NV Bar No. 13485) | (NV Bar No. 12686) |
| 8872 S. Eastern Ave., Ste 240 | Jessica E. Chong, Esq. |
| Las Vegas, NV 89123 | (NV Bar No. 13845) |
| *Attorney for Plaintiff* | 300 S. Fourth Street, Suite 950 |
| | Las Vegas, NV 89101 |
| | *Attorneys for USAA Casualty Insurance Company and USAA General Indemnity Company* |

## ORDER

IT IS SO ORDERED.

Date: August 8, 2023

_____
U.S. District Court Judge